## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## No.:5:11-CR-356-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| MELISSA VALLE, | ) |
| | ) |
| Defendant. | ) |

This matter is before the Court on the defendant's motion to amend her sentence [DE 46]. Specifically, the defendant requests that her restitution obligation be modified. However, the Court does not have the inherent authority to modify such an obligation at any time. *See United States v. Philips,* 597 F.3d 1190, 1196-96 (11th Cir. 2010). 18 U.S.C. § 3582 sets forth very limited circumstances under which this Court may modify a sentence. None of those limited circumstances apply in this instance and, as such, this motion is not properly before the Court and is DENIED.

SO ORDERED.

This the 2nd day of July, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

1